■ ERNST STEEL CORPORATION, Respondent-Appellant, v HORN CONSTRUCTION DIVISION, HALLIBURTON COMPANY, et al., Appellants-Respondents. (Appeal No. 1.) — Appeals unanimously dismissed, without costs, as academic (see *Ernst Steel Corp. v Horn Constr. Div.,* 104 AD2d 55). (Appeals from judgment of Supreme Court, Erie County, Ricotta, J. — breach of contract.) Present — Hancock, Jr., J. P., Denman, Green, O'Donnell and Schnepp, JJ.